# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM VICTOR,** | : | Civil No. 3:08-CV-01374 |
| | : | |
| **Plaintiff,** | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **R.M. LAWLER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## MEMORANDUM ORDER

This is a civil rights action brought by William Victor, an inmate who was formerly confined in the State Correctional Institution at Huntingdon ("SCI-Huntingdon"). In his complaint, Victor, who is proceeding *pro se*, has named an array of defendants, including the prison superintendent and other employees of the Pennsylvania Department of Corrections at SCI-Huntingdon. Victor alleges that on June 28, 2008, he was assaulted by Corrections Officers while being moved between cells in the Restricted Housing Unit ("RHU") at SCI-Huntingdon. Attachment to Plaintiff's Amended Complaint at ¶ 6. Victor's jaw was allegedly broken in this assault, requiring medical treatment outside the prison. As to some of the defendants named in this action, it is apparent that the Commonwealth itself has found that there are substantial, unresolved factual questions relating to the conduct of some correctional officials in connection with this cell extraction since some staff were

disciplined for their roles in this matter, and the State has withdrawn from representing certain defendants in this civil lawsuit, citing its finding of bad faith deliberate misconduct on their part. Thus, the defendants in this case are represented by an array of counsel, and one defendant, Defendant Diffin is proceeding *pro se.*

Victor has now filed a motion, styled "Motion for Relief" (Doc. 347), which seeks a variety of forms of relief from the defendants, including:(1) an order directing defendant Diffin to mail copies of nay pleadings he files to the plaintiff; and (2) compelled discovery of financial information from the defendants, discovery that Victor seeks in aid of executing upon any judgment he may obtain at the close of this litigation. With respect to this motion (Doc. 347)  IT IS ORDERED as follows:

1. Defendant Diffin is ordered to serve copies of all pleadings which he files upon the plaintiff by placing the same in the United States mails.

2. The plaintiff's request for discovery in aid of executing any potential judgments is denied without prejudice to renewal by the plaintiff, post-trial, if monetary judgments are entered against any defendants.

So ordered this 14th day of April, 2011.

                                      /s/ Martin C. Carlson
                                      Martin C. Carlson
                                      United States Magistrate Judge