IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM VICTOR,<br>    Plaintiff | :<br>:<br>:   CIVIL NO. 3:08-cv-1374 |
| v. | :<br>:   (JUDGE NEALON) |
| SCI SMITHFIELD, et al.,<br>    Defendants | :   (MAGISTRATE JUDGE CARLSON)<br>: |

## ORDER

NOW, this 12th day of DECEMBER, 2011, upon consideration of the Report and Recommendation ("R&R") filed by Magistrate Judge Martin C. Carlson, (Doc. 431), stating that Plaintiff has reached a settlement of all claims as to Defendants Cooper, Miller, and Moore and recommending that a 60-day order be issued, and in the absence of objections, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 431) is **ADOPTED**;

2. The action is **DISMISSED** as to Defendants Cooper, Miller, and Moore without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated;

3. The Clerk of Court is directed to **TERMINATE** Defendants Cooper, Miller, and Moore as parties in this case; and

4. The matter is **REMANDED** to Magistrate Judge Carlson for further proceedings.

                                                    */s/ William J. Nealon*
                                                    **United States District Judge**

FILED
SCRANTON

DEC 1 2 2011

PER _____
      DEPUTY CLERK